AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   6:21CR00017 |
| Luis Ramon De La Cruz-Leonardo | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luis Ramon De La Cruz-Leonardo

Date:      12/27/2021

*Attorney's signature*

Sandra K.Drewniak  76205
*Printed name and bar number*

14 E Nelson St
Lexington, VA 24450

*Address*

Sandra@vanhardenbergh.com
*E-mail address*

(804) 451-1136
*Telephone number*

(540) 462-3862
*FAX number*