**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 6:21CR00017** |
| | **:** | |
| **LUIS RAMON DE LA CRUZ-LEONARDO** | **:** | |

# Exhibit A

## Letters of Support



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

February 28, 2023,

p | 1

**LUIS DE LA CRUZ LETTERS OF SUPPORT ALREADY IN ENGLISH**



My name is Eddie Cabrera

I currently live in Waterbury CT the purpose of this letter is to
speak in behave of Luis Ramon De La Cruz who i have know for about
15 years, Mr.Cruz is a gentle man who is a hard worker, a man that
loves his family, loves being around his family which makes him who he
is today. Consideration for him should be consider, especially for a man
that has a pure Heart for his family and for everybody else who's around
with him.

Scanned with CamScanner

To Whom It May Concern:

My name is Mercedes Leonardo and I reside at 843 Euclid Ave Brooklyn, NY 11208. I am proud to offer my recommendation of Luis Ramon De La Cruz to whom I have personally known for since he was born as my nephew.

During my relationship with Luis Ramon De La Cruz I have experienced an individual who shows up earlier than asked, works hard, and carries himself in a polite, respectable manner. He was working with my husband in his mechanic shop for a while before starting his employment with driving trucks. Luis has continuously displayed actions of trustworthiness through his daily routine, in my presence, and in my household. In addition, Luis Ramon De La Cruz is a family-person who has *always presented himself with grace, dignity, and composure.*

*Please do not hesitate to contact me if you should require any further information.*

Sincerely,

*Mercedes Leonardo*

(347) 740-6091

Scanned with CamScanner

To whom it may concearn

My hame is Raul De La cruz Jr.
Luis ramon De La cruz is my uncle.
I am about to graduate high school
and as a result. I owe alot of
credit to do better and stay on
top of my grades. He is an amazing
cook as well and his cooking would
bring the family together every
weekend.

To whom it may concern;

I have known Luis Ramon De La Cruz for over fifteen years. He has been a helpful friend on various occasions. He is a person who has my confidence. During the years he has helped me fix my truck multiple times. And on occasion, he would pick up my kids from school. I have never known him to get into trouble. I don't know how he would have gotten involved in such a situation as he did, and frankly, it's disappointing but I believe, given a chance, he will make the right choices going forward.

Sincerely,

William Bonsenor

*[signature]*

2/26/2023

To whom this may concern,

My name is Wilkin Garcia. I've work for many years in the country and have lived in the United States since 1990. I've lived in New York for several years then moved to Connecticut which is where I currently reside for years now. I'd like to speak on behalf of Luis Ramon de la Cruz. Luis is an exemplar son, brother, nephew, friend and most importantly a civilian. He is a hard worker and deserves a second chance at freedom. I ask to please consider this request on his and the families behalf.

Best regards,
Wilkin Garcia

02-26-23

To Who it May Consern.

MY name is. Adrieus De la cruz, MY uncle is luis De lacruz. I currenty live in davenPort, florida with MY Parents, Not that far from where MY uncles house is. MY family andi have always been close. When we lived in new york MY uncle and MY family would always Make it a Priority for us to see eachother evrey weekend. He would give us gifts when we got good grades. when we Moved to florida nothing changed MY uncle and his Brothers MY father and MY other uncle would still Make it a Priority to SPend time together I Miss himso Much. He is an amazing uncle he always infwences us (his nephews & sons& Me) to Push to be great do what we Can ~~for~~ to ~~succeed~~ succeed ~~for~~ for the future. He's always been the Best uncle any neice or nephew can ask for.

Love Adrieus
De la cruz

Scanned with CamScanner

To who it may consern

I am Raul De la Cruz, Luis Ramon De la Cruz
is my older brother Luis Has always been
There for me. We Have always been very close
Luis is a Loving. caring Family man whom I am
Proud to call my brother. He thought me How
To Drive and car when I was a teen. And
Introduced me To the trucking industry. I owe
him so much. If you ASK anyone that Have
meant Luis will only Have great things to say about
my family and I miss him so much He used To
take my kids to church and other places when
I was unable to And always checked on them And
them And their School progress Luis is A such
a caring guy that he would make It a
point to Donate to causes such as
ST Jude hospistal for children and other great
charities.

Raul de Cruz
2-26-23

2/22/23

Who May be Interested:

By this means I want to ask you Mr. Judge,
TO Be Able to TAKE into Account Luis Ramun de
La Cruz Leonardo, My Cousin.

Luis is An excellent Human being, I want to take into
Account the family that Love Him So much.

Please I ASK For One Mopre Opportunity.

Blessings!
REV. Eduardo Leonardo
www. EbAlm.org

Scanned with CamScanner



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz



February 28, 2023,

p | 1

**LUIS DE LA CRUZ LETTERS OF SUPPORT FROM IMMEDIATE  FAMILY**
**TRANSLATED FROM SPANISH**

A bonded and insured company

Hola                                    02.24.2023

Honorable Juez

Soy la esposa de luis Ramón.

Seño Juez con lagrimas y un nudo

en la Garganta le escribo mi vida

no nacido la misma tengo 15 año casada

con mi esposo nunca hemos

tenido problemas tanto Planes

que teniemo Para criar nuestro

hijo estraño cuando llegaba del

trabajo y conpartiamo los tres

Seño Juez le Pido que no me

deses criar mi hijo sola Cuando

Salgo con el niño el medice mami

donde esta mi Papi y no se como

esplicarle Luis es un buen Padre

buen hijo, amigo, hermano, esposo

responsable con todo en la noche el

niño medice mami llama aPapi Cuando

me trae los trabajo que hace en la

escuela me dice mami es de Papi estas lineas

son corta Para tanto que tengo que descrihrlo

              Att  yesika martinez de la cruz

Scanned with CamScanner



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

February 23, 2023

Hello

Honorable Judge,

I am the wife of Luis Ramon

Your Honor with tears and a knot in my throat I write my life to you it has not been the same I

have 15 years of marriage with my husband and we have never had so many problems plans that

we have for raising our son I miss when he would come home from work and the three of us

would be together Your Honor I ask that you not make me raise my son alone when I go out

with my son he ask mommy where is daddy and I don't know to explain to him Luis is a good

father good son, friend, brother, husband responsible with everything at night the boy says

mommy call daddy when he brings me work he did in school he says this is for daddy  thee lines

are short for everything that I all that I have to describe to you

AH

Yesika Martinez de la Cruz


I _Craig M. Newman_ having a clear
and concise command of both English
and Spanish translated this  letter from
the original to the best of my abilities
on this the _28th_ day of _March_ 2023.


A Bonded and Insured Company

1

02.23.2023

Hola
Honorable Juez

Soy Pastora leonardo la
madre de luis Ramón de la cruz
Un saludo especial Para
usted y su aconpanante Señor Juez
espero que tome encuenta estas
Palabra no epodido dormir mas
me ciento nervosa al ver mi
hijo hay nunca atenido Problema
con nadie es buen hijo, buen
Padre espero que usted lovea
con los osos del corazon buen
esposo se lleva bien con sus
hermano Señor Jues tengo tanta
Palabra buenas que una carta
no es suficiente Para espresar
lo que que es mi hijo me
Porte el corazon cuando mi
nieto me Pregunta Por su Padre
      Gracias Seño Juez
        el Seño lo vendiga
Pastora Leonardo

Scanned with CamScanner



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

I am Pastora Leonardo mother of Luis Ramon de la Cruz a special greeting for you and your

accompaniment Your Honor I hope that you take these words into account I have not been able

to sleep well I feel anxious about seeing my son and he has never had problems with anyone

before he's a good son a good father and I hope that you are able to see with the eyes of your

heart the good in him I hope that he is able to be back with his siblings your honor I have and a

lot of good that I would be able to say but and letter is not sufficient to express the things about

my son it breaks my heart when my grandson asked for his father

thank you Your Honor

may the Lord bless you

Pastora Leonardo


I Craig M. Newman having
a clear and concise
command of both English
and Spanish translated this
letter from the original to the
best of my abilities on this
the 28th day of March 2023.


A Bonded and Insured Company

1





**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

February 28, 2023,

p | 1

**LUIS DE LA CRUZ LETTERS OF SUPPORT FROM OTHER  FAMILY AND FRIENDS**
**TRANSLATED FROM SPANISH**

A bonded and insured company

New York
10-23-2023

A quien Pueda
Interesar

Yo CARMEN DIAZ, certifico
que el señor Luis Ramon de
la CRUZ, es mi Amigo hace
mas de 20 años, por lo que
Considero es UN ser Humano
Excelente como Esposo, Padre y
Amigo,

Att.

CARMON DIAZ
2472 GRND AVe
Apt. 1-B
BRONX, NY   10468
Telefono: 646-966-3555



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

New York

10-23-2023

To whom it may concern

I Carmon Diaz, certify that Mr. Luis Ramon de la Cruz is my friend of the last 20 years , I

consider him to be a good human being excellent as a husband father and friend.

ATT

Carmon Dias

2472 Grand Ave

Apt. 1- B

Bronx, NY 10468

Telephone: 646 – 966 - 3555

I *Craig M. Newman* having a clear
and concise command of both English
and Spanish translated this letter from
the original to the best of my abilities
on this the 28th day of March 2023.

A Bonded and Insured Company

1

2-23-2023

Hola, mi nombre es Felicia Leonardo. Vivo en los estados Unidos, en el estado de Connecticut. Por medio de esta Carta quiero decirle que por muchos años conosco a Luis Ramón delacruz El cual puedo deciR que es un hombre trabajadoR, que siempre ha estado Pendiente a su Familia; es una persona amabre Respectuosa, que le gusta compartir con amigos y Familiares

Felicia Leonardo.

Scanned with CamScanner



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

02.23.2023

Hello my name is Felicia Leonardo. I live in the United States, in the state of Connecticut.

For the reason of this letter I would like to tell you that I have known Luis Ramon de la Cruz for

many years  I can say that he is a hardworking man there has always been about taking care of

his family a gentle and respectable man who likes to spend time with friends and family.

Felicia Leonardo

I _Craig M. Newman_ having a clear
and concise command of both English
and Spanish translated this  letter from
the original to the best of my abilities
on this the _28th_ day of _March_ 2023.

A Bonded and Insured Company

1

2-22-2

to: Juana Leonardo

A quien pueda interesarle, que la

Persona luis Ramon De la cruz Leonardo

el cual pasa por un momento Dificil

ya que conociendolo su personalidad

un Hombre trabajador desde su

Juventut o llegada a los Estados —

unidos Primero como taxista y luego

Como CHofer de camion sin Falta

alguna o algun tipo de Delito

clamando por una Concideracion

dentro de su voluntad, gracias.

Juana Leonardo



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

..
02.22.23

I Juana Leonardo

To whom it may be interested that the person Luis Ramon de la Cruz which goes through a

difficult time Since knowing his personality a working man from his youth or arriving in The

United States first as a taxi driver and then as a truck driver without any fault or any type of

crime cries out for a consideration within your will, thank you


Signature


I *Craig M. Newman* having a clear
and concise command of both English
and Spanish translated this letter from
the original to the best of my abilities
on this the 28th day of March 2023.

A Bonded and Insured Company

1

02/23/2023

Istas lineAs Para desArlo saber
que Yo conozco a Luis Ramón
De la Cruz hace AlRededor 10 Años
Doy Fe y Testimunid quel es un Gran
ser humano buen Padre, buen
Amigo, buen esposa, Amistoso de
buen caracter y muy coperativo
En cualquier situacion que se lo
Presente A mis Amigo.

A.f.

José García



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

..

02.23.20233

These lines are in order to let you know did I have known Luis Ramon daylight cruise for about

10 years I give faith and testimony that he is a good human Bing father good friend, good

husband friendly of good character and very entered in whichever situation that presents itself to

my friend

Att.

Signature

I *Craig M. Newman* having a clear
and concise command of both English
and Spanish translated this letter from
the original to the best of my abilities
on this the 28th day of March 2023.

23/2/23

Mi nombre es Gertrudis Leonardo

a quien pueda interesarle

Yo puedo tetificar que Luis Ramon
de La Cruz es un hombre Honesto
y sincero No es dañino par que
a sido criado con valores
y no creo que el aga eso por
lo que lo estan acusando si tuvo
que aser Fue obligado porque le
amenasaban su familia Por que
yo puedo hablar asi de el por que
vi ese viño Nacer y lo conosco
el es Muy trabajado amante a su
Familia todo los que disen de el
es Para aserle daño y su familia
sufre su viño y su esposa porque
saben que es una injuticia lo
que quieren aserle

tt. Gertrudis Leonardo Rosario

Scanned with CamScanner



**CRAIG NEWMAN YTANSLATIONS INC.**
PO BOX 171 GOODE, VA 24556
(434) 660-9670
CNTINC1@Outlook.com
www.craignewmantranslationsinc.biz

2/23/2023

My name is Gertrodis .Leonardo

To whom it may concern

I can testify that Luis Ramon de la Cruz is a honest insincere man he is not as a child because he grew up with morals I do not believe that he has done what he's being accused of if he had to have done it he would have been forced it would have been out of love for his family I can speak of this because I have known him since he was a boy and seeing him grow and I know he is a good worker loved by his family and everyone says to bring grief to his family to make his boy suffer and his wife because they know that they know it is in injustice that they want to do to him

Att: Gertrodis .Leonardo Rosario

I *Craig M. Newman* having a clear and concise command of both English and Spanish translated this letter from the original to the best of my abilities on this the 28th day of March 2023.

A Bonded and Insured Company