CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:21-cr-00017 |
| v. | ORDER |
| LUIS RAMON DE LA CRUZ-LEONARDO,<br><br>*Defendant.* | Judge Norman K. Moon |

This matter is before the Court on Luis Ramon De La Cruz-Leonardo's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, Dkt. 78, and the Government's motion to dismiss the § 2255 petition, Dkt. 90.

For the reasons set forth in the accompanying Memorandum Opinion, the Court will **GRANT** the Government's motion to dismiss, **Dkt. 90**, and **DENY and DISMISS** De La Cruz-Leonardo's § 2255 petition, **Dkt. 78.**

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 30th day of September, 2024.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE